IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

KELLY GREENS VERNADA VII
CONDOMINIUM ASSOCIATION,

    Plaintiff,

v.

HAMILTON INSURANCE DAC f/k/a
HAMILTON SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____/

## COMPLAINT FOR BREACH OF CONTRACT

**COMES NOW** the Plaintiff, KELLY GREENS VERANDA VII CONDOMINIUM ASSOCIATION ("Plaintiff"), by and through the undersigned counsel, and file this Complaint, Demand for Jury Trial and Complaint for Breach of Contract against the Defendant, HAMILTON INSURANCE DAC f/k/a HAMILTON SPECIALTY INSURANCE COMPANY ("HAMILTON"), and as grounds therefore, state as follows:

## GENERAL ALLEGATIONS

1. The amount in controversy in this action exceeds the sum of Thirty Thousand and 00/100 ($30,000.00) Dollars, exclusive of pre-judgment interest, court costs and attorney fees.

2. At all times relevant hereto, KELLY GREENS VERANDA VII CONDOMINIUM ASSOCIATION was and is the owner of the property located in Lee

County, located at 16320, 16350, 16380 and 16410 Kelly Green Cove Drive, Fort Myers, Florida 33908.

3. Upon information and belief, at all times relevant hereto, HAMILTON is and was a Florida Corporation doing business in the State of Florida, including Lee County.

4. Upon information and belief, HAMILTON is an authorized insurance carrier by the State of Florida to engage in the business of insurance with Plaintiff.

5. In consideration of the premium paid to it by Plaintiff, HAMILTON issued to Plaintiff in Lee County, Florida, a Homeowners' Insurance Policy, Policy No. WKHSPR-00964-01 ("The Policy"), which was in full force and effect at the time the damage occurred to the insured premises located at 16320, 16350, 16380 and 16410 Kelly Green Cove Drive, Fort Myers, Florida 33908. Plaintiff is not in possession of a complete copy of the Policy, but believes same to be in the possession of Defendant. A copy has been requested.

6. On or about September 10, 2017, the insured's property was damaged by a Hurricane Irma loss and ensuing damages in a sudden occurrence.

7. A Hurricane Irma loss and ensuing damages are covered perils under The Policy.

8. Plaintiff timely submitted the insurance claim to HAMILTON.

9. HAMILTON assigned claim number HUSA-0447A9 to this date of loss.

10. Notwithstanding the foregoing, HAMILTON has failed and/or refused to provide coverage under The Policy for the damages to the insured property, and

HAMILTON has failed to pay the amounts due and has thereby breached its contract of insurance.

11. HAMILTON failed and refused to adequately adjust Plaintiff's claimed damages related to the September 10, 2017 date of loss. **See letter from Sedgwick dated March 27, 2020 as Exhibit "A."**

12. A dispute arose between Plaintiff and HAMILTON as to the amount of the loss.

13. Plaintiff provided HAMILTON with all requested documents and information needed for HAMILTON to tender insurance benefits.

14. Plaintiff provided HAMILTON with access to the insured property and it has inspected all claimed damages.

## COUNT I
## BREACH OF CONTRACT

15. Plaintiff re-assert and re-allege paragraphs numbered 1 through 14 as if fully set forth herein.

16. This is an action for damages for breach of The Policy that was in effect at the time of the loss.

17. In response to Plaintiff's submission of the insurance claim, HAMILTON sent and assigned multiple insurance adjusters and representatives, to act as its representatives in inspecting, evaluating and estimating the damages.

18. A Hurricane Irma loss and ensuing damages substantially damaged the insured property, which has adversely affected it causing it substantial hardship.

19. HAMILTON has failed and refused to tender all owed insurance benefits due and owing Plaintiff with regard to the claim arising out of the September 10, 2017 occurrence. This was a breach of The Policy.

20. Plaintiff has suffered a substantial loss regarding the insured property and continues to suffer the loss.

21. Plaintiff has repeatedly requested that HAMILTON pay its damages; HAMILTON has failed and refused, and continues to refuse to pay the full damages despite knowing it is required to do so. This was a breach of The Policy.

22. Plaintiff has done and performed all those matters and things properly required of them under The Policy, or alternatively, have been excused from performance as a result of the acts, representations, omissions, and conduct of HAMILTON. Plaintiff has complied with all conditions precedent to the filing of this action.

23. Notwithstanding the foregoing, HAMILTON has failed and refused to provide full coverage under The Policy for the damages to Plaintiff's insured property and HAMILTON has failed to promptly pay all the amounts due and has thereby breached its contract of insurance.

24. As a direct result of HAMILTON's breach of its insurance contract, Plaintiff was required to become obligated for attorney fees and costs in connection with the prosecution of this action, and Florida Statute §627.428 provides for the payment of attorney fees and costs under these circumstances.

**WHEREFORE,** the Plaintiff, KELLY GREENS VERANDA VII CONDOMINIUM ASSOCIATION, request this Court enter an award against Defendant, HAMILTON INSURANCE DAC f/k/a HAMILTON SPECIALTY INSURANCE COMPANY, of

compensatory damages, pre-judgment interest, costs of this action, attorney fees; and such other and further relief as this Court may deem just and proper.

Further, Plaintiff request a trial by jury on all issues so triable.

Dated: December 30, 2020

                                                    Respectfully submitted,

*/s/ Shaun J. Marker, Esquire*
**SHAUN J. MARKER, ESQUIRE**
Florida Bar No. 0017378
**ROBERT H. GREGORY, ESQUIRE**
Florida Bar No. 0101736
MERLIN LAW GROUP, P.A.
222 Lakeview Avenue, Suite 1250
West Palm Beach, FL  33401
561-855-2120 / 561-249-1283 fax
smarker@merlinlawgroup.com
rgregory@merlinlawgroup.com
dmyskowski@merlinlawgroup.com
Attorneys for Plaintiff

Case 2:21-cv-00078-SPC-NPM   Document 1   Filed 01/29/21   Page 5 of 5 PageID 5