UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY GREENS VERANDA VII
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.                                           Case No. 2:21-cv-78-JLB-NPM

BLACKBOARD SPECIALTY INSURANCE
COMPANY, f/k/a Hamilton Specialty
Insurance Company,

    Defendant.
_____/

## ORDER

    The parties jointly move to transfer this case to the judge presiding over an earlier-filed, related action under Local Rule 1.07(a)(2)(B).[1] (Doc. 20.) Having reviewed the motion, and with the consent of the transferee judge, the motion to transfer is **GRANTED**. The Clerk shall transfer this case to the Honorable Judge Sheri Polster Chappell for all further proceedings, with her consent.

    **ORDERED** in Fort Myers, Florida, on August 16, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] Kelly Greens Veranda VI Condo Ass'n v. Blackboard Specialty Ins. Co., 2:21-cv-72-SPC-NPM.