UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY GREENS VERANDA VII
CONDOMINIUM ASSOCIATION,
INC.,

      Plaintiff,

v.                                                Case No: 2:21-cv-78-SPC-MRM

BLACKBOARD SPECIALTY
INSURANCE COMPANY,

      Defendant.
_____/

**ORDER**[1]

Before the Court is a *sua sponte* review of the case. For judicial economy, the Court reassigns the Magistrate Judge for all further proceedings. Local Rule 1.07(a)(2)(B) ("The transferee judge can order the clerk to assign to the later-filed action the magistrate judge in the first-filed action.").

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to **REASSIGN** this case to U.S. District Judge Sheri Polster Chappell and U.S. Magistrate Judge Nicholas P. Mizell.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on August 16, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record